# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOUSA SHIHADEH,                          :
                                         :
            Plaintiff,                   :   CIVIL ACTION
                                         :
     v.                                  :   No. 10-05674
                                         :
SHIRLEY MOORE SMEAL,                     :
                                         :
            Defendant.                   :

## **ORDER**

AND NOW, this 5th day of May, 2011, upon consideration of Defendant Shirley Moore Smeal's Motion to Dismiss the Complaint (ECF No. 7), and all documents submitted in support thereof and in opposition thereto, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Defendant's Motion is GRANTED and that Plaintiff's federal claim is DISMISSED and further that the Court declines to exercise jurisdiction over Plaintiff's remaining state law claim, which is DISMISSED without prejudice.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.